UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD LEE NOLAND, JR., <br><br> Defendant. | Case No. CR002-428-RSL-1 <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 31, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Jo Vanderlee, and defendant was represented by Peter A. Camiel. Also present was U.S. Probation Officer Todd Sanders. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on November 7, 2003 by the Honorable Robert S. Lasnik for Conspiracy to Distribute Controlled Substances. He received 72 months imprisonment and 5 years of supervised release.

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated July 6, 2009, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Failing to report a change in residence, in violation of standard condition No. 6.

2. Failing to report to the U.S. Probation Office as instructed, in violation of standard condition No. 2.

3. Failing to complete the Moral Reconation Therapy (MRT) program, in violation of the special condition that he participate as directed in the mental health program or counseling approved by the United States Probation Office.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing September 8, 2009 at 10:30 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 31st day of July, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2